UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DONALD FELIX,

                   Petitioner,

  -against-

ROBERT ERCOLE, Superintendent,
Green Haven Correctional Facility,

                   Respondent.
---------------------------------------------------------------X

JUDGMENT
08-CV- 3104 (ARR)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ DEC 1 0 2009 ★
P.M. _____
TIME A.M. _____

An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on December 9, 2009, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability will be granted; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability will be granted.

Dated: Brooklyn, New York
       December 10, 2009

                                          ROBERT C. HEINEMANN
                                          Clerk of Court

                                          by Terry Vaughn
                                               Chief Deputy